**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-2108

IRVIN J. BETCH; PATRICIA A. BETCH,

Plaintiffs - Appellants,

v.

ATTORNEY MAURICE W. O'BRIEN; ATTORNEY DIANE SALLY ROSENBERG; ATTORNEY CRISTIAN ALEC MENDOZA; ATTORNEY MARK D. MEYER; BALTIMORE HOME WHOLESALERS, LLC; ROSENBERG & ASSOCIATES, LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:22-cv-00894-PX)

Submitted:  March 16, 2023                    Decided:  March 20, 2023

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Irvin J. Betch and Patricia A. Betch, Appellants Pro Se.  Sara Nicholson Tussey, ROSENBERG & ASSOCIATES, LLC, Bethesda, Maryland; Byron L. Huffman, BYRON L. HUFFMAN, PC, Columbia, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irvin and Patricia Betch appeal the district court's orders dismissing their 42 U.S.C. § 1983 complaint as barred by res judicata and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Betch v. O'Brien*, No. 8:22-cv-00894-PX (D. Md. Aug. 18, 2022; Sept. 15, 2022). Additionally, we deny the pending motion for judicial notice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*